**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Alison Meyers, Petitioner,

v.

Shiram Hospitality, LLC, Respondent.

Appellate Case No. 2022-001028

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Horry County
Larry B. Hyman, Jr., Circuit Court Judge

---

Memorandum Opinion No. 2024-MO-008
Heard March 27, 2024 – Filed April 24, 2024

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Stephanie Holmes Burton, of Gibbes Burton, LLC, of Spartanburg, and Brendan R. Appel, of Northfield, IL, for Petitioner.

C. Scott Masel, of Newby Sartip & Masel LLC, of Myrtle Beach, for Respondent.

---

**PER CURIAM:**  We issued a writ of certiorari to review the court of appeals' decision in *Meyers v. Shiram Hospitality, LLC*, Op. No. 2022-UP-014 (S.C. Ct. App. filed May 18, 2022).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**